**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRYMANE ANDERSON,<br><br>Defendant. | ) | No. 2:26-cr-20044-TLP |

FILED IN OPEN COURT
DATE: 7/15/2026
TIME: 2:00 PM
INITIALS: SMe

**VERDICT**

We, the jury, on the charge in the indictment for our verdict say:

1. We find the defendant, TRYMANE ANDERSON, as to Count One:

______ OR X

**GUILTY** **NOT GUILTY**

July 15, 2026
DATE

[signature]
PRESIDING JUROR